# EXHIBIT   B

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

     I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Andrew W. Dunlap, Federal ID No 1093163

Admission date: February, 2, 2012

Dated April 8, 2015, at Houston, Texas.

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk