UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ROGER CARPENTER, individually and on behalf of all others similarly situated | § § § | Docket No. 15-807 |
| Plaintiff, | § § | |
| vs. | § § | JURY TRIAL DEMANDED |
| KLX ENERGY SERVICES, LLC AND BLUE DOT ENERGY SERVICES, LLC | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendants. | § | |

PLAINTIFF ROGER CARPENTER'S MOTION FOR
ADMISSION *PRO HAC VICE* OF MICHAEL A. JOSEPHSON

  Michael A. Josephson hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Roger Carpenter pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Michael A. Josephson's contact information is as follows:

Michael A. Josephson
Pennsylvania Bar No. 308410
Fed. Id. 27157
Texas Bar No. 24014780
FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com

  In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Michael A. Josephson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

Respectfully submitted,

/s/ *Joshua P. Geist*
Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

AND

*/s/ Michael A. Josephson*
Michael A. Josephson
Pennsylvania Bar No. 308410
Fed. Id. 27157
Texas Bar No. 24014780
*(pending pro hac vice)*
Andrew Dunlap
Fed Id. 1093163
Texas Bar No. 24078444
*(admitted pro hac vice)*
Lindsay R. Itkin
Fed Id. 1458866
Texas Bar No. 24068647
*(pending pro hac vice)*
Jessica M. Bresler
State Bar No. 24090008
*(pending pro hac vice)*
FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com
jbresler@fibichlaw.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
Fed. Id. 21615
*(pending pro hac vice)*
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

ATTORNEYS IN CHARGE FOR PLAINTIFF

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

/s/ *Joshua P. Geist*
Joshua P. Geist